**JEFFREY H. MIMS, TRUSTEE**
3102 Oak Lawn Avenue
The Centrum, Suite 700
Dallas, TX 75219-0000
Telephone: (214) 210-2913

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| In Re: | § | |
|---|---|---|
| | § | |
| Accelerated Funding Mortgage | § | Case No. 01-36054-HDH-7 |
| | § | |
| Debtor(s) | § | |

### Notice by Chapter 7 Trustee to Pay Unclaimed Funds Into Bankruptcy Court

COMES Now, Jeffrey H. Mims, the duly appointed and acting Trustee of the above referenced bankruptcy estate, Trustee's Final Report and Proposed Distribution having been heretofore approved by Order of this Court, and hereby reports that all checks issued by him as such Trustee have been cashed by the bank upon which drawn,

EXCEPT those certain checks which have remained uncashed for ninety (90) days after the date of the distribution of the final dividend herein,

THEREFORE, pursuant to Local Bankruptcy Rule 3011 and 3010, the trustee hereby submits the following list of formerly proposed payee names, addresses, and corresponding amounts for which funds remain unclaimed in the total amount of $8,498.18;

| Claim No./Name of payee/Address: | | Amount |
|---|---|---|
| 16B | Internal Revenue Service<br>1100 Commerce Street, Rm. 9A20<br>Stop 5027 DAL<br>Dallas, Texas 75242 | $2.21 |
| 1 | Lawyer's Aid Service, Inc.<br>P. O. Box 848<br>Austin, Texas 78756-0848 | $1.86 |

| | | |
|---|---|---|
| 2 | Ronald R. Unger<br>5809 Preston Valley Drive<br>Dallas, TX 75240 | $257.66 |
| 10 | Ron Callaway<br>c/o Boyd & Associates<br>6440 North Central Expwy., Suite 600<br>Dallas, TX 75206 | $6,577.71 |
| 19 | Dallas County<br>c/o Monica McCoy-Purdy<br>2323 Bryan Street<br>Dallas, Texas  75201 | $4.19 |
| 24 | Advance Residential Credit<br>Acct. #1350<br>305 NE Loop 820 #511<br>Hurst, Texas  76053 | $4.55 |
| 29 | Progress Concepts, Inc.<br>5718 Airport Freeway<br>Ft. Worth, Texas  76117-6005 | $1.50 |
| 31 | Tibor Grunberger<br>6136 Tursby<br>Dallas, Texas  75252-2931 | $1,648.50 |

It is the Trustee's desire that the above described funds, totaling $8,498.18 be pled into the Bankruptcy Court and Trustee hereby submits the required notice.

Trustee submits that as to the monies represented above, he has complied with provisions of 11 U.S.C. Section 347.

WHEREFORE, Trustee will submit the amount of $8,498.18 to the United States Bankruptcy Clerk.

DATED:  February 10, 2009

Respectfully submitted,

/s/ Jeffrey H. Mims, Trustee
3102 Oak Lawn Avenue, Suite 700
Dallas, Texas  75219
214-210-2913